IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

ANTONIO LEON MOSES,

    Plaintiff,

v.

J. BOBBIT,

    Defendant.

CIVIL ACTION NO.: 6:21-cv-24

**O R D E R**

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation. (Doc. 31.) Plaintiff filed Objections to this Report and Recommendation. (Doc. 33.) The Magistrate Judge recommended the Court dismiss without prejudice Plaintiff's cause of action because Plaintiff is a "three-striker" under 28 U.S.C. § 1915(g) and did not prepay the entire filing fee. (Doc 31, p. 4.)

In his Objections, Plaintiff reasserts he is in immediate danger and asks the Court to overrule the Magistrate Judge's Report. (Doc. 33, p. 1.). However, Plaintiff does not provide new facts or unconsidered case law which would support a result different from the one recommended by the Magistrate Judge. Plaintiff merely restates his conclusory allegations and adds he now believes the Magistrate Judge to be involved in the conspiracy to kill him. (Id.) Fears which are speculative and not factually supported are not enough to plead imminent danger. See O'Connor v. Suwannee Corr. Inst., 649 F. App'x 802, 805 (11th Cir. 2016).

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DENIES** Plaintiff's

Motion for Preliminary Injunction.  (Doc. 22.)  Furthermore, the Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this 31st day of January, 2022.

                  R. STAN BAKER
                  UNITED STATES DISTRICT JUDGE
                  SOUTHERN DISTRICT OF GEORGIA